474 A.2d 675

Commonwealth v. Milyak a/k/a Kaufman, Appellant.

Submitted October 14, 1983. Vincent R. Baginski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.